ELIZABETH V. HAYDEN, Respondent, *v.* JAMES A. HEARN & SON, INC., Appellant.

(Argued October 10, 1934; decided October 26, 1634.)

*William A. Mulvey* and *James B. Henney* for appellant. *Leonard J. Supple* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not voting: LEHMAN, J.